**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCARTHY,                                No. C 06-1264 SBA

      Plaintiff,                                **ORDER**

  v.

JIM DOTEN, INC. et al.,

      Defendants.

_____/

On February 21, 2006, Plaintiff filed a complaint alleging that Defendants were engaging in discrimination against individuals with disabilities, by denying full and equal access to public accommodations. The same day, this Court filed a scheduling order, designating April 24, 2006 as the last day for Plaintiff to complete service on Defendants. June 1, 2006 was designated as the last day for parties and counsel to hold a joint inspection of the premises, and within ten days thereafter, the parties were to meet and confer regarding settlement. Within 45 days of the site inspection, Plaintiff was instructed to file "Notice of Need for Mediation," and within 7 days after mediation, Plaintiff was instructed to file a Motion for Administrative Relief Requesting a Case Management Conference.

On March 31, 2006, Plaintiff filed an amended complaint. Since then, Plaintiff has failed to communicate with this Court. Plaintiff has apparently failed to serve Defendants, and the Court is unaware whether the required site inspection and settlement conference have taken place.

IT IS HEREBY ORDERED THAT:

(1)      Plaintiff shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **December 6, 2006, at 4:00 p.m.** to show cause why this case should not be dismissed and/or sanctions should not be imposed for lack of prosecution.

(2)      At least ten (10) days prior to the date specified for the court appearance, Plaintiff or Plaintiff's counsel of record must file a Certificate of Counsel with the Clerk of the Court to explain why the case should or should not be dismissed and why sanctions should or should not be imposed for lack

1    of prosecution.  The Certificate shall set forth the nature of the case, its present status, any basis for

2    opposition to dismissal by any party, and the expected course of the case if not dismissed.

3         (3)    Please take notice that this Order requires both the specified court appearance and the

4    filing of the Certificate of Counsel.  FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE

5    DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION.

6         IT IS SO ORDERED.

7

8    Dated: 11/2/06                        _____
                                          SAUNDRA BROWN ARMSTRONG
9                                         United States District Judge